

United States Department of Agriculture
Animal and Plant Health Inspection Service

SDIAZMARTINEZ
INS-0001148078

## Inspection Report

Bioanalytical Systems Inc
10424 MIDDLE MT. VERNON RD
MOUNT VERNON, IN 47620

Customer ID: **784**
Certificate: **32-R-0020**
Site: **001**
BIOANALYTICAL SYSTEMS, INC

Type: ROUTINE INSPECTION
Date: 07-OCT-2024

No non-compliant items identified during this inspection.

This inspection and exit interview were conducted with facility representatives.

Prepared By: SHEYDANIS DIAZMARTINEZ
USDA, APHIS, Animal Care
Title: VETERINARY MEDICAL OFFICER

Date: 08-OCT-2024

Received by Title: Attending Veterinarian

Date: 08-OCT-2024



United States Department of Agriculture
Animal and Plant Health Inspection Service

Customer: 784
Inspection Date: 07-Oct-2024

## Species Inspected

| Cust No | Cert No | Site | Site Name | Inspection |
|---|---|---|---|---|
| 784 | 32-R-0020 | 001 | BIOANALYTICAL SYSTEMS, INC | 07-OCT-2024 |

| Count | Scientific Name | Common Name |
|---|---|---|
| 000195 | *Canis familiaris* | DOG ADULT |
| 000492 | *Macaca fascicularis* | CRAB-EATING MACAQUE / CYNOMOLGUS MONKEY |
| 000687 | **Total** | |