UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| : | **Case No. 6:24-CR-00016** |
| **v.** : | |
| : | |
| **ENVIGO RMS, LLC** : | |
| **ENVIGO GLOBAL SERVICES, INC.** : | |

## NOTICE

The United States files this Notice to inform the Court of certain issues that have arisen since Envigo RMS, LLC and Envigo Global Services, Inc. (together with Inotiv, Inc., the "Company") entered their guilty pleas. The United States does not view any of these matters as a reason to not move forward with the Plea Agreement at sentencing and will continue to request that the Court accept the Plea Agreement. The United States instead provides this Notice for the Court's awareness ahead of sentencing currently scheduled on October 24, 2024.

    1.    Paragraph 5 of the Plea Agreement provides that the Company must comply with the Applicable Laws, including the Animal Welfare Act and its rules and regulations. On June 4, 2024, the United States Department of Agriculture (USDA) Animal and Plant Health Inspection Service (APHIS) conducted a routine inspection of the Company's facility in Fort Collins, Colorado. In its follow-up report, APHIS cited the Company for a direct violation of the Animal Welfare Act, involving compatible grouping of beagles at the facility. The report was filed on August 8, 2024, and it is docketed at ECF No. 17-7. APHIS conducted another routine inspection at the Fort Collins facility on September 5, 2024. That inspection did not identify any non-compliant items. The report from the September 5, 2024 inspection was filed on September 9, 2024, and it is docketed at ECF No. 22-1.

2. Paragraph 15 of the Plea Agreement provides that USDA inspection reports must be posted on the Company's public websites and provided to the Court, the United States, and the United States Probation Office within 14 days of receipt.

    a. On July 26, 2024, Company counsel first reached out to the Government regarding clarification of Paragraph 15 of the Plea Agreement. On August 2, Company counsel provided 10 inspection reports to the Government (including the report referenced in point (1)), with a link to where the reports could be found on the Company website. Eight of the ten reports were not timely provided to the Government within 14 days. Further, Company counsel's request to clarify Paragraph 15 of the Plea Agreement also came outside the 14-day period.

    b. Based on the Government's review and understanding, the Company did not provide those aforementioned 10 reports to the Court and the Probation Office until August 8, 2024, nine of which would have been outside the 14-day period. The Company has represented that since August 8, 2024, it has timely provided all inspection reports to the Court, the United States, and the United States Probation Office as required by the Plea Agreement.

Respectfully Submitted,

ZACHARY T. LEE
Attorney for the United States Acting under
Authority Conferred by 28 U.S.C. § 515

/s/ Corey Hall
Virginia Bar No. 94782
Assistant United States Attorney
180 West Main Street, Suite B19
Abingdon, Virginia 24210
(276) 628-4161
(276) 628-7399 (Fax)
USAVAW.ECFAbingdon@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a copy to the counsel of record.

s/ Corey Hall  
Assistant United States Attorney
