# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# LYNCHBURG DIVISION
# CRIMINAL MINUTES – SENTENCING HEARING

Case No.: 6:24CR00016-001 & -002  Date: October 24, 2024

**Defendants:**  **Counsel:** Brandon M. Santos, Christopher M. Denig,
ENVIGO RMS, LLC (-001)  Daniel T. Grant, and Daniel Suleiman (Retained)
ENVIGO GLOBAL SERVICES, INC. (-002)

*(INOTIVE Corporate Representative Present: Andrea Castetter)*

**PRESENT**:
- Judge: Norman K. Moon
- Deputy Clerk: Carmen Amos
- Court Reporter: Lisa Blair
- U. S. Attorney: AUSA Randy Ramseyer, Trial Attorney Banu Rangarajan, AUSA Corey Hall, AUSA Carrie Macon, and Trial Attorney Sarah Brown
- USPO: Robert Hagy
- Case Agent: None Present
- Interpreter: N/A

**TIME IN COURT**: 10:19 – 10:33 a.m. (14 minutes)

**PROCEEDINGS:**
- ☒ No Objections to Presentence Report.
- ☒ No evidence presented.
- ☒ Court adopts Presentence Report.
- ☒ Allocutions.

**SENTENCE IMPOSED AS FOLLOWS**:

| Defendant #1: ENVIGO RMS, LLC | Defendant #2: ENVIGO GLOBAL SERVICES, INC. |
|---|---|
| PROB: 5 years on Count 1.<br>- comply w/ Mandatory, Standard & Special Conditions.<br><br>SA: $125.00 due immediately *(previously paid in full)*<br><br>FINE: $11,000,000 | PROB: 5 years on Count 2.<br>- comply w/ Mandatory, Standard & Special Conditions.<br><br>SA: $400.00 due immediately *(previously paid in full)*<br><br>FINE: $11,000,000 |

TOTAL FINE PAYMENT SCHEDULE (as to both entities):
$22,000,000.00, consisting of the following payments:
- June 3, 2025 - $5,000,000 (five million dollars)
- June 3, 2026 - $5,000,000 (five million dollars)
- June 3, 2027 - $5,000,000 (five million dollars)
- June 3, 2028 - $7,000,000 (seven million dollars), **plus all accrued interest since 6/3/2024**.

**MANDATORY CONDITIONS OF SUPERVISION**:
1. You must not commit another federal, state, or local crime.

**STANDARD CONDITIONS OF SUPERVISION**:
1. Within thirty days from the date of this judgment, the defendant organization shall designate an official of the organization to act as the organization's representative and to be the primary contact with the probation officer.
2. The defendant organization shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.
3. The defendant organization shall notify the probation officer ten days prior to any change in principal business or mailing address.
4. The defendant organization shall permit a probation officer to visit the organization at any of its operating business sites.
5. The defendant organization shall notify the probation officer within seventy-two hours of any criminal prosecution, major civil litigation, or administrative proceeding against the organization.

**SPECIAL CONDITIONS OF SUPERVISION**:
- ☒ The defendant organizations shall provide to the probation officer, at the same time notice is given to the United States, any notice given pursuant to Section 11(c) of the Plea Agreement.
- ☒ Pursuant to Section 8(b) of the plea agreement, ENVIGO and the INOTIVE ENTITIES shall comply with all terms of the Plea Agreement and Resolution Agreement.

**ADDITIONAL RULINGS**:
- ☒ Defendants advised of right to appeal.

**Additional Information**: